## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

LEE TRANSPORTATION INC.       )      Civil Case No.: 1:20-CV-02190-PAB
A Michigan Corporation          )

Plaintiff,                   )      MAGISTRATE JUDGE
                            )      THOMAS M. PARKER

VS.                       )

                            )      **NOTICE OF DISMISSAL WITH**
AMD PLASTICS, LLC,         )      **PREJUDICE**
An Ohio Limited Liability Company  )

Defendant.              )

Now come the parties, jointly and through their respective counsel, and pursuant to Federal

Rule of Civil Procedure 41(A)2, hereby dismiss the above captioned matter with prejudice.

This case is dismissed with prejudice pursuant to joint notice of the parties.
IT IS SO ORDERED.

                                          Respectfully Submitted,

THOMAS M. PARKER
U.S. Magistrate Judge
Dated: 12/16/2021

                                          Dennis E. Sawan. Esq.
                                          Attorney for Plaintiff

                                      *s/ Sarah Benoit /s*
                                          Sarah Benoit, Esq.
                                          Attorney for Defendant